FILED: February 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1711
(1:23-cv-00018-MR-WCM)

_____

PAKUJA CRYSTAL VANG,

      Plaintiff – Appellant,

v.

CATAWBA MEDICAL CENTER; CATAWBA VALLEY FAMILY MEDICINE CLAREMONT; BETHANY MEDICAL CENTER; FRYE NEUROLOGY; EMERGEORTHO; EMERGEORTHO PHYSICAL THERAPY; LINCOLN FINANCIAL GROUP; NOVANT HEALTH MATTHEWS MEDICAL CENTER; CAROLINA EMG SPECIALISTS; LINCOLN INTERNAL MEDICINE; CONES INTERNAL MEDICINE; HICKORY SOCIAL SECURITY OFFICE; ORTHOCAROLINA; ORTHOCAROLINA ORTHOPEDIC; ATRIUM HEALTH WAKE FOREST BAPTIST, Rheumatology - Westchester; PRIVIA MEDICAL GROUP; INOVASPINE; INOVA NEUROLOGY; ONEHEALTHMEDICALCARE; ORTHO VIRGINIA; WALMART PHARMACY; BURKE COUNTY SOCIAL SERVICES; THE HEALTH PLAN; CAREFIRST; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA; ANTHEM HEALTHKEEPERS; BRIGHT HEALTHCARE; HEALTHSMART PHARMACY; SPECORTHO; MOSES CONES SPORT MEDICINE CENTER; NEUROLOGY CENTER; WAKEMED RALEIGH CAMPUS, Adult Emergency Room; DES CENTRAL OFFICE, Location; UPS STORE; UNITED STATES POSTAL SERVICE; NC MEDICAL BOARD; NC WHISTLE PROTECTION LABOR,

      Defendants – Appellees.

_____

ORDER

_____

The court amends its opinion filed February 20, 2025, as follows:

On page 3, in the first line of footnote 1, the spelling of the appellant's last name is corrected to "Vang."

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk